IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

ISAAC J. HARVIS,

        Appellant,

v.

STATE OF FLORIDA,

        Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-3899

Opinion filed January 23, 2015.

An appeal from an order of the Circuit Court for Bay County.
Elijah Smiley, Judge.

Isaac J. Harvis, pro se, Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, for Appellee.

PER CURIAM.

        AFFIRMED.

THOMAS, ROWE, and OSTERHAUS, JJ., CONCUR.